UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE, | : | CIVIL NO. 3:17-CV-00478(AVC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| FARACI, ET. Al., | : | March 2, 2018 |
| *Defendants.* | | |

## ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, the Defendants, Faraci and Schwartz, hereby file their Answer and Affirmative Defenses to the Plaintiff's Amended Complaint, (hereinafter "Complaint"), filed on August 1, 2017, (Doc. #13), as follows:

## ANSWER

Introduction

1. As to the allegation that Defendants "have knowingly encroach[ed] upon Plaintiff's right to attorney-client communication/privacy of the Fourth Amendment of the United States Constitution," denied. As to the statement that Plaintiff brings this claim pursuant to 42 U.S.C. § 1983, this is a legal assertion to which no responsive pleading is required.

Jurisdiction and Venue

2. As to paragraph 2, alleging jurisdiction, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation and leave Plaintiff to his proof, or in the alternative, this is a legal assertion to which no responsive pleading is required.

Preliminary Statement

3. As to the allegation that Plaintiff is an inmate and was located at Cheshire Correctional Institution and is now housed at Northern Correctional Institution, admitted. As to the allegation that there was a "violation," denied.

4. As to the allegation that Defendant Faraci is a correctional counselor at the Cheshire Correctional Institution, admitted. As to the allegations addressing her "responsibilities," Plaintiff is left to his proof. As to the allegation that Defendant Faraci was "acting within the scope of her employment and under color of state law" and the fact that she is being "sued in her individual capacity," these are legal assertions to which no responsive pleading is required.

5. As to the allegation that Defendant Schwartz is a correction officer at the Cheshire Correctional Institution, admitted. As to the allegations addressing his "responsibilities," Plaintiff is left to his proof. As to the allegation that Defendant Schwartz was "acting within the scope of his employment and under color of state law" and the fact that he is being "sued in his individual capacity," these are legal assertions to which no responsive pleading is required.

Statement of Facts

6. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation and leave Plaintiff to his proof. To the extent this allegation implies or alleges wrongdoing by the Defendants, denied.

7. Admitted.

8. Admitted.

9. Plaintiff is left to his proof.

10. Admitted.

11. Denied.

12. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation and leave Plaintiff to his proof. To the extent this allegation implies or alleges wrongdoing by the Defendants, denied.

13. Denied.

14. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation and leave Plaintiff to his proof. To the extent this allegation implies or alleges wrongdoing by the Defendants, denied.

15. As to the allegation that Defendant Faraci issued Plaintiff a disciplinary report for threats, admitted. As to the allegation that Defendant Faraci issued this report "as a result of misinterpretation and eavesdropping," denied. As to the allegations relating to the penalties imposed and their relation to Plaintiff's sentence, Plaintiff is left to his proof.

Causes of Action

16. Defendants incorporate their responses to paragraphs 1-15.

17. This Court has dismissed Plaintiff's claim pursuant to the Connecticut Constitution. (Doc. # 19.)

18. Denied.

Exhaustion of Administrative Remedies

19. Denied.

20. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation and leave Plaintiff to his proof.

21. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation and leave Plaintiff to his proof.

22. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation and leave Plaintiff to his proof.

Prayer for Relief

Plaintiff's prayers for relief are neither admitted nor denied, as they seek legal relief instead of alleging facts.

## JURY CLAIM AND DEMAND

The Defendants seek, claim, and demand trial by jury.

## AFFIRMATIVE DEFENSES

Pursuant to Rules 7 and 12 of the Federal Rules of Civil Procedure, the Defendants raise the following affirmative defenses to the allegations contained in the Complaint.

## FIRST AFFIRMATIVE DEFENSE

In all of his possible claims, the Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

As all remaining claims seek money damages against the Defendants in their individual capacities, the Defendants acted in an objectively reasonable manner, within the scope of their

employment, and with an objective belief that their actions did not violate any clearly established law.  For that reason, the Defendants are entitled to qualified immunity from money damages.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff has not exhausted all of his administrative remedies regarding this Complaint with the Connecticut Department of Correction as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

DEFENDANTS
Faraci & Schwartz

GEORGE JEPSEN
ATTORNEY GENERAL

BY: _____

James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Federal Bar No. ct30449
E-Mail:  james.belforti@ct.gov

## CERTIFICATION

I hereby certify that on March 2, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to the following:

Jason Goode
Inmate #228240
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

                                   _____
                                   James M. Belforti
                                   Assistant Attorney General